# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **ANTHONY LEE ROBINSON,** | ) | Civil Action No. 7:13-cv-00292 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **BRISTOL VA CITY JAIL, et al.,** | ) | By: Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion to join (Dkt. No. 22) is **DENIED** as futile and unduly prejudicial; the Complaint against the Bristol VA City Jail and VA Dept. of Corrections is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); Plaintiff's motion to furlough and various motions to amend (Dkt. Nos. 15-21, 28-29) are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: August 30, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge